GEER v. DANCER, ordinary, for use, etc.

FISH, C. J. This case is controlled by the ruling made in *Geer* v. *Dancer*, this day decided. Ante, 465.

*Judgment affirmed. All the Justices concur.*

No. 815. OCTOBER 15, 1918. REHEARING DENIED NOVEMBER 18, 1918.